NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARK RICHARD GLASSER,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2012-3146

---

Petition for review of the Merit Systems Protection Board in case no. NY0752110236-1-1.

---

## ON MOTION

---

## ORDER

The Merit Systems Protection Board moves for a 21-day extension of time, until July 23, 2012, to file its initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 16 2012
—————————
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Mark Richard Glasser
     Sara B. Rearden, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 16 2012

JAN HORBALY
CLERK